**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**JESSIE J. JOHNSON**                                                                 **PLAINTIFF**

**v.**                            **2:06CV00171-WRW**

**DION WILSON and**
**DON TRIMBLE**                                                    **DEFENDANTS**

## **JUDGMENT**

In accordance with the Court's Order entered this date, it is Considered, Ordered and Adjudged that the claims of Plaintiff Jessie Johnson should be, and hereby are, DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 7th day of September, 2006.


                                                                    /s/Wm. R. Wilson, Jr.
                                             UNITED STATES DISTRICT JUDGE